| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313−1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: ___ Patents or _X_ Trademarks:

| **DOCKET NO.**<br><br>3:08−cv−01477−WQH−JMA | **DATE FILED**<br><br>8/13/08 | **US District Court** Southern District of California<br><br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br><br>GoSmile, Inc. | | DEFENDANT<br><br>CVS Caremark Corporation |
| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
| **1.** 3,461,582 | **6.** | **11.** |
| **2.** 3,414,828 | **7.** | **12.** |
| **3.** 3,389,326 | **8.** | **13.** |
| **4.** 3,218,390 | **9.** | **14.** |
| **5.** 3,230,142 | **10.** | **15.** |

In the above−entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br><br>__ Amendment __ Answer __ Cross Bill __ Other Pleading |
|---|---|

| **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** | **PATENT OR TRADEMARK NO.** |
|---|---|---|
| **1.** | **6.** | **11.** |
| **2.** | **7.** | **12.** |
| **3.** | **8.** | **13.** |
| **4.** | **9.** | **14.** |
| **5.** | **10.** | **15.** |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br><br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK | DATE |
|---|---|---|