| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |   Kenneth M. Fitzgerald (Cal. Bar. No. 142505) |
| 2 |   Daniel J. Lenerz (Cal. Bar. No. 226019) |
| | 600 West Broadway, Suite 1800 |
| 3 | San Diego, California 92101-3375 |
| | Telephone: (619) 236-1234 |
| 4 | Facsimile: (619) 696-7419 |
| 5 | Attorneys for Plaintiff, |
| | GOSMILE, INCORPORATED |

FILED
2008 AUG 13 PM 4:26
'08 CV 1477 WQH JMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOSMILE, INC., a Delaware corporation, | Civil Action No. |
| Plaintiff, | **PLAINTIFF'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| v. | |
| CVS CAREMARK CORPORATION, a Delaware corporation, | |
| Defendant. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

SD\643549.1

PLAINTIFF'S NOTICE OF PARTY WITH
FINANCIAL INTEREST

1     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 40.2 of
2 the Local Rules for the United States District Court for the Southern District of California,
3 Plaintiff GoSmile, Inc. ("GoSmile") hereby submits its Notice of Party With Financial Interest.
4 GoSmile has no parent corporation and there is no publicly held corporation owning more than
5 10% or more of GoSmile's stock.

                                                       Respectfully submitted,

Dated: August 13, 2008                      LATHAM & WATKINS LLP

                                                     By: _____
                                                         Kenneth M. Fitzgerald
                                                         Daniel J. Lenerz
                                                         Attorneys for Plaintiff
                                                         GoSmile, Incorporated
                                                         E-mail: kenneth.fitzgerald@lw.com
                                                                     daniel.lenerz@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO NORTH COUNTY

SD\643549.1

PLAINTIFF'S NOTICE OF PARTY WITH
FINANCIAL INTEREST

1