# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2008 AUG 13 PM 4: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

GOSMILE, INC., a Delaware corporation,

vs

CVS CAREMARK CORPORATION, a Delaware corporation,

### SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1477 WQH JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY

Kenneth M. Fitzgerald, Esq.
Latham & Watkins LLP
600 W. Broadway, Suite 1800
San Diego, CA 92101
619-236-1234

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG 1 3 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S