Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 13 PM 4: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

GOSMILE, INC., a Delaware corporation,

vs

CVS CAREMARK CORPORATION, a Delaware corporation,

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1477 WQH JMA

TO: (Name and Address of Defendant)
CVS CAREMARK CORPORATION, a Delaware corporation
Registered Agent

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kenneth M. Fitzgerald, Esq.
Latham & Watkins LLP
600 W. Broadway, Suite 1800
San Diego, CA 92101
619-236-1234

An answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
J. HARRIS

By _____, Deputy Clerk

AUG 1 3 2008

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| LATHAM & WATKINS, LLP<br>KENNETH M. FITZGERALD, 142505<br>600 W. BROADWAY, 1800<br>SAN DIEGO, CA 92101 | (619) 236-1234 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>042282-0001 | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
880 FRONT STREET - SUITE 4290
SAN DIEGO, CA 92101

PLAINTIFF:

GOSMILE, INC.,

DEFENDANT:

CVS CAREMARK

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08-CV-1477 WQH JMA |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS;COMPLAINT

ON: CVS CAREMARK CORPORATION, A DELAWARE CORPORATION

AT 1209 ORANGE STREET
WILMINGTON, DE 19801

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
SCOTT LASCALA, - AGENT FOR SERVICE OF PROCESS

ON: 08/25/2008
AT: 03:00 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $87.50
   Registered California process server.
   County:
   Registration No.:
   Diversified Legal Services, Inc.
   4665 Park Blvd
   San Diego, CA 92116
   6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 25, 2008 at

Signature: _____
KEVIN DUNN 146462

**PROOF OF SERVICE**

Order#: 146462/GProof39